No. 88–1083. JOHN DOE AGENCY ET AL. *v.* JOHN DOE CORP. C. A. 2d Cir. [Certiorari granted, *ante,* p. 1009.] Motion of respondent to advance oral argument denied.

No. 88–1281. NGIRAINGAS ET AL. *v.* SANCHEZ ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE KENNEDY took no part in the consideration or decision of this order.

No. 88–6352. BURKART *v.* POST-BROWNING, INC. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 27, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 88–6415. IN RE ABDULLAH, AKA WHITE; and
No. 88–6538. IN RE SINDRAM. Petitions for writs of habeas corpus denied.

No. 87–1965. ZINERMON ET AL. *v.* BURCH. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–599. WASHINGTON ET AL. *v.* HARPER. Sup. Ct. Wash. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–854. SPALLONE *v.* UNITED STATES ET AL.;
No. 88–856. CHEMA *v.* UNITED STATES ET AL.; and
No. 88–870. LONGO ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari granted in No. 88–854. Certiorari granted in No. 88–856 limited to Questions 1 through 5 presented by the petition. Certiorari granted in No. 88–870. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 856 F. 2d 444.